UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROYAL JEROME WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ORTEGA, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-0314 AC P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 14. However, plaintiff did not sign the motion. If plaintiff wants to dismiss this action, the court will honor his request. However, he must first submit a request to dismiss the case that includes his signature.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request to dismiss the case, ECF No. 14, is denied without prejudice to a notice of dismissal that includes plaintiff's signature.

DATED: August 18, 2021

　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE