UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROYAL JEROME WILSON,<br><br>Plaintiff,<br><br>v.<br><br>J. ORTEGA, et al.,<br><br>Defendants. | No. 2:21-cv-0314 KJM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 12, 2022, the magistrate judge filed an order and findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 23. Plaintiff has objected to the order denying his motion for appointment of counsel but has not objected to the findings and recommendations. ECF No. 26.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court confirms specifically that it has reviewed plaintiff's request for the appointment of counsel

1

and his objections to the magistrate judge's order denying his request.  The magistrate judge's findings and recommendations and orders, ECF Nos. 23 & 29, correctly explain and apply the relevant legal standard.  Plaintiff may renew his request for counsel and explain why his mental health conditions "prevent him from proceeding without assistance" as this case continues.  Order (Apr. 21, 2022) at 2, ECF No. 29.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 12, 2022 (ECF No. 23), are adopted in full.

2. Plaintiff's motion for a temporary restraining order (ECF No. 19) is denied.

3. Plaintiff's objections to the denial of his motion to appoint counsel are overruled.

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  May 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE