1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELROYAL JEROME WILSON,                    No.  2:21-cv-0314 KJM AC P

12                 Plaintiff,

13        v.                                    ORDER

14   J. ORTEGA, et al.,

15                 Defendants.

16

17        The California Department of Corrections and Rehabilitation (CDCR) has requested a

18   fourteen-day extension of time to file the CDCR Notice of E-Service Waiver as to defendants

19   Calderon and Lopez.  Good cause appearing, IT IS HEREBY ORDERED that:

20        1.  The CDCR's motion for an extension of time (ECF No. 37) is GRANTED.

21        2.  The CDCR shall have fourteen days from the filing of this order to file the CDCR

22   Notice of E-Service Waiver as to defendants Calderon and Lopez.

23        3.  The Clerk of the Court is directed to serve a copy of this order on the CDCR by email.

24   DATED: June 2, 2022

25

26                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE

27

28