IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ELROYAL JEROME WILSON,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**J. ORTEGA, et al.,**<br><br>                    Defendants. | 2:21-cv-0314 KJM AC P<br><br>~~(PROPOSED)~~ **ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to file a motion to opt out of the Post-Screening ADR Project (ECF No. 43) is granted. The deadline to file a motion to opt out of the Post-Screening ADR Project is extended to October 3, 2022.

DATED: July 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~(Proposed)~~ Order  (2:21-cv-00314-KJM-AC P)