1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELROYAL JEROME WILSON,                    No.  2:21-cv-0314 KJM AC P

12                  Plaintiff,

13          v.                                  ORDER

14   J. ORTEGA, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner proceeding through counsel with this civil rights action filed

18   pursuant to 42 U.S.C. § 1983.  By order filed July 5, 2022, this case was referred to the court's

19   Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120

20   days.  ECF No. 42.  That order provided defendants the opportunity to request opting out of the

21   ADR Project based on a good faith belief that a settlement conference would be a waste of

22   resources.  Id. at 2.  Defendants now request to opt out of the Post-Screening ADR Project.  ECF

23   No. 51.  Having reviewed the request, the court finds good cause to grant it.

24          Good cause appearing, IT IS HEREBY ORDERED that:

25          1.  Defendants' request to opt out of the Post-Screening ADR Project (ECF No. 51) is

26   GRANTED;

27          2.  The stay of this action, commencing July 5, 2022 (ECF No. 42), is LIFTED; and

28   ////

1

3.   Within twenty-one days of the filing of this order, defendants shall file a response to the complaint.

DATED: December 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2