UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROYAL JEROME WILSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ORTEGA, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-0314 KJM AC P<br><br><br>ORDER |

By order filed December 8, 2022, the undersigned granted defendants' request to opt out of the Post-Screening ADR Project and directed defendants to respond to the complaint. ECF No. 52. Defendants have now filed an answer. ECF No. 53. Pursuant to the provisions of Federal Rules of Civil Procedure 16 and 26 and Local Rule 240, IT IS HEREBY ORDERED that:

1. Within thirty days of the filing of this order, the parties shall confer and submit a joint status report and proposed schedule that briefly sets out their views on the following matters:

　　a. Service of process;

　　b. Possible joinder of additional parties;

　　c. Any expected or desired amendment of the pleadings;

　　d. Jurisdiction and venue;

　　e. Anticipated motions and the scheduling thereof;

　　f. The deadline for initial disclosures.  If any party objects to the appropriateness of

1

        initial disclosures, an explanation must be provided;

  g. Anticipated discovery and the scheduling thereof;

  h. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion;

  i. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

  j. Whether this matter is to be tried before this court or the district court.  See 28 U.S.C. § 636(c);

  k. Whether counsel will stipulate to the assigned magistrate judge acting as settlement judge and waiving any disqualifications by virtue of her so acting, or whether they prefer to have a settlement conference before another judge;

  l. Any other matters that may add to the just and expeditious disposition of this matter.

2. If the parties are unable to submit a single proposed schedule because they cannot agree on deadlines, the joint status report must reflect each party's proposed deadlines.  For any deadlines upon which the parties are unable to agree, each party must provide a brief explanation of their position on the appropriateness of their proposed deadline.

3. In accordance with defendants' waiver of service (ECF No. 41) and the answer to the complaint (ECF No. 53), the Clerk of the Court is directed to update the docket to reflect that defendant Avila's name is now Palacios and that defendant "Assad" is "Assaad.

DATED: December 30, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE