IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ELROYAL JEROME WILSON**, | 2:21-cv-0314 KJM AC P |
| Plaintiff, | ~~(PROPOSED)~~ **ORDER** |
| v. | |
| **J. ORTEGA**, et al., | |
| Defendants. | |

**GOOD CAUSE APPEARING**, the Joint Application to Amend the Scheduling Order (ECF No. 66) is granted.  The Scheduling Order (ECF No. 58) is amended as follows.

1. Fact discovery shall be completed by December 28, 2023.  All motions pertaining to fact discovery shall be brought in accordance with the procedures set forth in Local Rule 251, with the hearing scheduled to take place no later than December 28, 2023.  In the event of a discovery dispute, the parties may also choose to avail themselves of the undersigned's procedure for resolving discovery disputes through an informal telephonic conference.  The process for requesting an informal telephonic conference can be found under Case Management Procedures on the undersigned's information page on the court's website at https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistratejudge-allison-claire-ac/.

1

(~~Proposed~~) Order (2:21-cv-00314 KJM AC P)

2. Expert disclosures shall be completed by February 27, 2024. The deadline for the completion of all expert discovery is March 28, 2024.

3. All pretrial motions, except motions to compel discovery, shall be filed no later than May 23, 2024. Any such motions must be brought in accordance with the procedures set forth in Local Rule 230, with the hearing scheduled to take place no later than June 27, 2024.

DATED: August 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE